JENNIE M. TRACY et al., Appellants, *v.* SADIE M. DANZINGER, as Executrix of SARAH E. ACKLEY, Deceased, Respondent.

Argued October 28, 1938; decided November 29, 1938.

*Frank W. Barnes* for appellants.

*Edwin C. Morsch, Edwin B. Goddin* and *Charles W. Fuess* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.